# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC LOUIS HART,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:19-cv-00393-JAD-NJK<br><br>**ORDER** |

    Plaintiff resides in Pershing County. *See* Docket No. 1-1 at 1 (identifying residence as Imlay, NV). Therefore, his case was improperly initiated in the unofficial southern division of the Court, and should be transferred to the unofficial northern division. Accordingly, the Court hereby **ORDERS** that this action is transferred to the unofficial northern division of this District for all further proceedings. The Clerk of Court is instructed to transfer and reopen this matter as a new action under a new docket number in the northern division and to close this case without prejudice.

    IT IS SO ORDERED.

    Dated: March 8, 2019

                                                  NANCY J. KOPPE<br>
                                                  United States Magistrate Judge